Morris Weintraub, Individually and as Administrator of the Estate of Celia Weintraub, Deceased, et al., Respondents, v. Eastern Bag & Burlap Co., Inc., et al., Appellants, Impleaded with Another.

Submitted March 16, 1942; decided April 23, 1942.

Everett W. Bovard and William E. Lowther for appellants.

Isidor Enselman, Philip Wagner and Gustave G. Rosenberg for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.